UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID ROWKOSKY, | : |
| Plaintiff, | : CIVIL NO. 1:CV-05-0583 |
| v. | : (Judge Caputo) |
| JILL A. MORAN, et al., | : |
| Defendants. | : |

# ORDER

**THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:**

Plaintiff David Rowkosky filed this civil rights action pursuant to 42 U.S.C. § 1983 on March 23, 2005. Named as Defendants are Jill Moran, Prothonotary in the Luzerne County Court of Common Pleas, Pennsylvania, and twenty (20) Doe defendants. In the complaint, Plaintiff contends that Defendants denied him access to the courts when they refused to file his complaint in the Luzerne County Court of Common Pleas. He maintains that due to Defendants' actions, he is now time-barred from pursuing his claims.

On September 30, 2008, the Clerk of Court entered default against Defendant Moran for failure to answer, plead or otherwise defendant against the complaint. (Doc. 41.) With regard to the remaining 20 Doe Defendants, Plaintiff has identified one of the Doe defendants as Robert F. Reilly, Clerk of Court in the Luzerne County Court of Common Pleas. He further advised the court that he wishes to drop the remaining 19 Doe defendants. Accordingly, the court will direct service of the complaint on Robert F. Reilly.

**ACCORDINGLY, THIS 1st DAY OF OCTOBER, 2008, IT IS HEREBY ORDERED**

**AS FOLLOWS:**

1. The United States Marshal is direct to serve Plaintiff's complaint (Doc. 1) on the newly identified defendant, Robert F. Reilly.

2. The Clerk of Court is directed to terminate the remaining 19 Doe defendants from this action.

*/s/ A. Richard Caputo*
A. RICHARD CAPUTO
United States District Judge